BEFORE THE FIRST DIVISION, JANUARY 3, 1951

No. 55055.—Cathay Crafts ,Corp. v. United States, protests 128671–K and 128673–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of semiprecious stones similar in all material respects to those the subject of *L. Heller & Son, Inc.* v. *United States* (25 Cust. Ct. 83, C. D. 1268), the claim at 10 percent under paragraph 1528 was sustained.

No. 55056.—Rene Field v. United States, protest 127016–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55057.—A. P. I., Ltd., et al. v. United States, protests 145057–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55058.—Nozaki Bros., Inc. v. United States, protest 800678–G (Providence).

Opinion by COLE, J. The protest was dismissed.

No. 55059.—The Dayton Company v. United States, protests 957570–G and 969215–G (Minneapolis).

Opinion by COLE, J. The protests were dismissed.

No. 55060.—Thomas J. Gardner v. United States, protest 145747–K (Milwaukee).

Opinion by COLE, J. The protest was dismissed.

No. 55061.—Cleveland Worsted Mills v. United States, protest 149661–K (Cleveland).

Opinion by COLE, J. The protest was dismissed.

No. 55062.—Chase National Bank v. United States, protest 677940–G (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of dogskins similar in all material respects to those the subject of *S. M. Brachman & Co. et al.* v. *United States* (5 Cust. Ct. 153, C. D. 389), the claim for free entry under paragraph 1681 was sustained.